**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FATMAH ALJAHMI,

    Plaintiff,

v.

                                                Case No. 17-13772

ABILITY RECOVERY SERVICES, LLC,       Hon. Marianne O. Battani

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

        In a report and recommendation ("R & R") dated April 13, 2020, Magistrate Judge David R. Grand recommends that the Court grant a renewed motion for default judgment filed by Plaintiff Fatmah Aljahmi.  In support of this underlying motion, Plaintiff notes that the Clerk of the Court entered the default of Defendant Ability Recovery Services, LLC on July 19, 2018, based on Defendant's failure to file an answer to Plaintiff's complaint or otherwise defend against the claims asserted by Plaintiff in this suit.  Plaintiff therefore contends that the factual allegations of her complaint should be deemed admitted by Defendant, and in light of these admissions, she seeks the entry of a default judgment in her favor and against Defendant on her federal claim under the Fair Debt Collection Practices Act, as well as her two claims brought under Michigan law.

        As observed in the Magistrate Judge's R & R, the Defendant firm has failed to appear at any point in this action, and it likewise failed to file a response in opposition to

Plaintiff's present motion. In addition, Defendant has not lodged any objections to the R & R, and the deadline for doing so has passed. Accordingly, having reviewed the R & R and the remainder of the record, this Court fully concurs in the Magistrate Judge's analysis and recommended disposition of Plaintiff's motion.

For these reasons, the Court **ADOPTS** the Magistrate Judge's April 13, 2020 report and recommendation (Dkt. 21), and **GRANTS** Plaintiff's October 2, 2019 renewed motion for default judgment (Dkt. 19). In accordance with the recommendations in the Magistrate Judge's R & R, the Court will conduct an evidentiary hearing to ascertain the amounts owed by Defendant to Plaintiff in damages, attorney fees, and costs.

**IT IS SO ORDERED.**

Date: July 20, 2020

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge