UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FATMAH ALJAHMI**,<br><br>    Plaintiff,<br>vs.<br><br>**ABILITY RECOVERY SERVICES, LLC,**<br><br>    Defendants. | **2:17-CV-13772-TGB-DRG** |

# JUDGMENT

In accordance with the order issued on this date, it is **ORDERED AND ADJUDGED** that the Motion for Attorney Fees (ECF No. 27) is **GRANTED.** Defendant shall make a payment of $8,178.45 to Plaintiff's counsel.

Dated at Detroit, Michigan:  March 25, 2022

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        s/A. Chubb
                                        Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE